# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAB-I AM BEY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LEROY BACA, et al., <br><br> Defendants. | Case No. CV 12-10054-R (RNB) <br><br><br> **JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed herein,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: August 1, 2013

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

1